■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY PALMER, Appellant. [719 NYS2d 432] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him after a jury trial of attempted robbery in the third degree (Penal Law §§ 110.00, 160.05). Contrary to the contention of defendant, the verdict is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490,

495). With respect to his contention that he was denied effective assistance of counsel, defendant failed to demonstrate " 'the absence of strategic or other legitimate explanations' for counsel's alleged shortcomings" (*People v Benevento,* 91 NY2d 708, 712, quoting *People v Rivera,* 71 NY2d 705, 709) and based upon our review of the record we conclude that defendant received meaningful representation (*see, People v Baldi,* 54 NY2d 137, 147). We further conclude that County Court did not abuse its discretion in denying defendant's requests for a second adjournment of the trial and a continuance to obtain the testimony of a defense witness (*see generally, Matter of Anthony M.,* 63 NY2d 270, 283-284). (Appeal from Judgment of Onondaga County Court, Burke, J.—Attempted Robbery, 3rd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Scudder and Lawton, JJ.